**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 21-7542**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MIKE HERNANDEZ, a/k/a Mikey,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:16-cr-00243-WO-1)

———————

Submitted:  August 18, 2022                    Decided:  October 6, 2022

———————

Before DIAZ and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Mike Hernandez, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mike Hernandez appeals the district court's order denying his motions to compel and for an evidentiary hearing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hernandez*, No. 1:16-cr-00243-WO-1 (M.D.N.C. Oct. 12, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*